```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**VIFOR (INTERNATIONAL) AG and**
**AMERICAN REGENT, INC.,**

      **Plaintiffs,**

v.                                        Civil Action No. 1:19cv126

**MYLAN LABORATORIES LTD.,**

      **Defendant.**

### ORDER OF RECUSAL

The undersigned Judge, deeming himself disqualified pursuant to 28 U.S.C. § 455(a), **ORDERS** that the above-styled civil action be transferred to and placed on the docket of the Honorable Irene M. Keeley, United States District Judge.

The Court directs the Clerk to transmit copies of this order to counsel of record.

DATED: July 1, 2019

                                        /s/ Thomas S. Kleeh
                                        THOMAS S. KLEEH
                                        UNITED STATES DISTRICT JUDGE